DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

FILED 8 MARCH AND 3 MAY 2007

| | | | |
|---|---|---|---|
| Binney v. Banner Therapy Products, Inc.<br><br>Case below:<br>178 N.C. App. 417 | No. 431A06 | 1. Respondent's (ESC) NOA Based Upon a Dissent (COA05-916)<br><br>2. Respondent's (ESC) PDR as to Additional Issues | 1. ——<br><br>2. Allowed 03/08/07 |
| Bio-Medical Applications of N.C., Inc. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>179 N.C. App. 483 | No. 549A06 | 1. Def-Appellee's Motion to Dismiss Appeal (COA05-294)<br><br>2. Def-Intervenor-Appellee's Motion to Dismiss Appeal | 1. See opinion **361 N.C. 229**<br><br>2. See opinion page 228 |
| Bobbitt v. N.C. State Univ.<br><br>Case below:<br>179 N.C. App. 743 | No. 601P06 | Def-Appellant's PDR Under N.C.G.S. § 7A-31 (COA05-1548) | Denied 05/03/07<br><br>**Hudson, J., Recused** |
| Bradley v. Mission St. Joseph's Health Sys.<br><br>Case below:<br>180 N.C. App. 592 | No. 025P07 | Def's (Health System's) PDR Under N.C.G.S. § 7A-31 (COA06-100) | Allowed 05/03/07 |
| Broadbent v. Allison<br><br>Case below:<br>176 N.C. App. 359 | No. 184P06 | 1. Defs' PDR Under N.C.G.S. § 7A-31 (COA05-194)<br><br>2. Plts' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 03/08/07<br><br>2. Dismissed as Moot 03/08/07 |
| Brown v. Ginn<br><br>Case below:<br>181 N.C. App. 563 | No. 107P07 | Def's PDR Under N.C.G.S. § 7A-31 (COA06-511) | Denied 05/03/07 |
| Calhoun v. WHA Med. Clinic, PLLC<br><br>Case below:<br>178 N.C. App. 585 | No. 479P06 | 1. Plts' PDR Under N.C.G.S. § 7A-31 (COA05-1345)<br><br>2. Def's Conditional PDR Under N.C.G.S. § 7A-31 | 1. Denied 03/08/07<br><br>2. Dismissed as Moot 03/08/07 |